UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 2 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

_____ Petitioner
vs.
_____ Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

2:07-CV-2041 LKK DAD HC
CASE NUMBER: H023487

I, **Isidro Hernandez**, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:    ☒ Yes    ☐ No  (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. **California State Prison-Corcoran**

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☒ No

   b. Rent payments, interest or dividends                 ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments       ☐ Yes    ☒ No

   d. Disability or workers compensation payments          ☐ Yes    ☒ No

   e. Gifts or inheritances                                ☐ Yes    ☒ No

   f. Any other sources                                    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   **NONE**

I declare under penalty of perjury that the above information is true and correct.

9-05-2007                    _Judro Hernandez Zuniga_
DATE                         SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at __CSP-Corcoran__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __0__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __0__.

9/7/07                       _D. Gear_  AC II
DATE                         SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
REPORT ID: TS3030 .701                              REPORT DATE: 09/10/07
                                                    PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 10, 2007

ACCOUNT NUMBER : T26928              BED/CELL NUMBER: 3C0200000000119U
ACCOUNT NAME   : HERNANDEZ, ISIDRO   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                         CURRENT HOLDS IN EFFECT

  DATE         HOLD
  PLACED       CODE     DESCRIPTION              COMMENT       HOLD AMOUNT
  ----------   ----     -----------------------  ----------    -----------
  08/17/2007   H118     LEGAL COPIES HOLD        0643/08-14           2.90

                         TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS  BALANCE      BALANCE    TO BE POSTED
  ---------     --------    -----------  -------      -------    ------------
     0.00         0.00         0.00         0.00        2.90         0.00

                                                    CURRENT
                                                    AVAILABLE
                                                    BALANCE
                                                    ---------
                                                       2.90-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 9/10/2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ AC II
TRUST OFFICE

Case Number: **H023487**

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Isidro Hernandez** for the last six months at **T-26928**
[prisoner name]
**CSP Corcoran** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **9/7/07**    _D. Gear AC II_
                    Authorized officer of the institution

4

```
REPORT ID: TS3030 .701                              REPORT DATE: 09/10/07
                                                    PAGE NO:       1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                CALIF. STATE PRISON CORCORAN
                INMATE TRUST ACCOUNTING SYSTEM
                INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 10, 2007

ACCOUNT NUMBER : T26928             BED/CELL NUMBER: 3C02000000000119U
ACCOUNT NAME   : HERNANDEZ, ISIDRO  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                      TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                      CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE       DESCRIPTION           COMMENT     HOLD AMOUNT
  ---------- ----   ----------------------   ----------   -----------
  08/17/2007 H118   LEGAL COPIES HOLD        0643/08-14         2.90

                      TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL       CURRENT     HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS BALANCE     BALANCE    TO BE POSTED
  ---------    --------    ----------- -------     -------    ------------
      0.00        0.00           0.00     0.00        2.90            0.00

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                             2.90-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 9/10/2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ AC II
TRUST OFFICE