1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5954
     Fax:  (415) 703-1234
8    Email:  jill.thayer@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

| **ISIDRO HERNANDEZ,** | C 07-5291 WHA (PR) |
|---|---|
| Petitioner, | **MOTION TO DISMISS HABEAS PETITION AS BARRED BY THE STATUTE OF LIMITATIONS** |
| v. | |
| **DERELL ADAMS, Warden,** | |
| Respondent. | |

20

21       Respondent hereby moves to dismiss the petition for writ of habeas corpus on the ground

22  that it is untimely under 28 U.S.C. § 2244(d), the statute of limitations established by the

23  Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).  Respondent has not noticed this

24  motion for hearing as petitioner is in custody and is not represented by counsel.

25       A motion to dismiss is proper where the petition is procedurally defective.  *See White v.*

26  *Lewis*, 874 F.2d 599, 602 (9th Cir. 1989); *O'Bremski v. Maass*, 915 F.2d 418, 420 (9th Cir. 1990);

27  Rules Governing 28 U.S.C. § 2254 Cases, Rule 4 and Advisory Committee Notes.

28

**PROCEDURAL BACKGROUND**

On December 12, 2000, a jury found petitioner guilty of three counts of forcible lewd acts on a child under 14 and one count of aggravated sexual assault of a child. Cal. Pen. Code, §§ 269 & 288(b)(1). On August 17, 2001, the court sentenced petitioner to 27 years to life.

On May 16, 2003, the California Court of Appeal affirmed the judgment in an unpublished opinion. Ex. 1. The California Supreme Court denied petitioner's petition for review on July 30, 2003. Ex. 2. According to the state court website, petitioner did not seek collateral review in any California court.

Petitioner filed the instant petition for writ of habeas corpus on September 28, 2007. Docket No. 1.

**ARGUMENT**

**THE FEDERAL HABEAS PETITION IS UNTIMELY**

The AEDPA imposes a one-year statute of limitations on the filing of federal habeas petitions. 28 U.S.C. § 2244(d). The year commences on "the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review." 28 U.S.C. § 2244(d)(1)(A). "Direct review" includes the period within which a petitioner may file a petition for a writ of certiorari from the United States Supreme Court, whether or not the petitioner actually files such a petition. *Bowen v. Roe*, 188 F.3d 1157, 1159 (9th Cir. 1999). Accordingly, if a petitioner does not seek a writ of certiorari from the United States Supreme Court, the statute of limitations period commences on the date the 90-day period defined by Supreme Court Rule 13 expires. *Miranda v. Castro*, 292 F.3d 1063, 1065 (9th Cir. 2002).

The California Supreme Court denied review of petitioner's direct appeal on July 30, 2003. Accordingly, petitioner's conviction became final on October 28, 2003, when the period in which to petition for certiorari expired. Petitioner therefore had until October 28, 2004 to file his federal habeas petition. *See Patterson v. Stewart*, 251 F.3d 1243 (9th Cir. 2001). Petitioner did not file his federal petition until September 28, 2007, almost three years after the limitations period expired.

**CONCLUSION**

Since the instant petition was not filed within one year of the date of final judgment, we respectfully request that the Court dismiss the petition for writ of habeas corpus with prejudice.

Dated: February 11, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

40214714.wpd
SF2008200021

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Hernandez v. Adams, Warden**

No.:  **C 07-5291 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>February 11, 2008</u>, I served the attached **MOTION TO DISMISS HABEAS PETITION AS BARRED BY THE STATUTE OF LIMITATIONS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Isidro Hernandez
T-26928
Corcoran State Prison
P.O. Box 3471
Corcoran, CA 93212-3471

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 11, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40216967.wpd