IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED 08 MAR 13 PM 3:44

| | |
|---|---|
| Isidro Hernandez<br>   Defendant<br>V.<br>Derell Adams, Warden<br>   Respondent | No. CV 07-05291 WHA (PR)<br><br>Request For Appointment Of Counsel And Supporting Declaration. |

Petitioner respectfully request to this Honorable Court Appointment of counsel at public expenses, and the petitioner's ability to articulate the claims and the complexity of the case. see 18 U.S.C. § 3006 A, 28 U.S.C. §§ 1915(d), 2254(h); Federal Rules of Habeas Corpus, rule 8(c); Bashor v. Risley (9th Cir. 1984) 730 F.2d 1228.

This request also, is based upon complex of this case: Dillon v. United States 307 F.2d 445 (9th Cir. 1983), and based upon paper filed and proceeding of the above captionese and the attached declaration.

March 10, 2008
Respectfully submitted
Isidro Hernandez
Isidro Hernandez
In Propia Persona

Isidro Hernandez-T-26928-3C02-109-U
California State Prison - Corcoran
4001 King Avenue P.O. Box 3471           No. CV07-05291-WHA (PR)
Corcoran, CA 93212

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Declaration.

To: Whom it may concern:

Petitioner respectfully request this Court to consider the following Petition:

Petitioner requests a Defense Counsel to represent him. In wich the Appellant respectfully asks this Court to consider the difficulte obstacle is facing.

1. The Petitioner is a Citizen of Mexico. And he is not able to assist in his defense and understanding proceedings because of his limited ability to speak English.
2. The Petitioner education is limited and is not extended the 6th grade of PRIMARY-SCHOOL. Today, he is working for his GED Certificate and understand better English.
3. Also, he doesen't has Knowledge, understanding or recognition of the legal system.

-1-                                                        Pgs 3

4. The Petitioner has been looking for aid on other prisoners and due of his case, he may put his life in risk.

5. The Petitioner ignored how to present his appeal to the Honorable Court. It is impossible for the Petitioner to represent himself with his little understanding of the English lenguage, and the knowledge of the law and regulations of the State and Federal System. Moreover, he cannot afford to hire an attorney. These are some of the reasons in wich it is impossible for the Petitioner to proceed with this legal process, regulations, and law with the statutes of the Judicial System of this Nation.

How difficult it is to light a legal process without having the knowledge of the English lenguage or without knowing the legal system. It is a challenge with one possibility of one in a million of winning. With a lawyer who has better chance of winning over a appellant who is representing himself. To a Petitioner it would be like crossing a mind field blind.

The Petitioner respectfully, is asking this Honorable Court to grant his request for an appointed counsel to represent him. The Appellant's is being forced to put in risk the possibility of getting back his freedom.

Why is the Court obligating the Appellant to respond on Legal Concepts, Regulations, and Statutes in wich the Appellant has demonstrated he is from a foreign country. And he has limited ability to speak and understand English, and has no

recognition of the Legal System of this State.

For this previous reasons the Appellant is respectfully asking for this Court to reconsider this Petition. Thank you.

Respectfully: *Isidro Hernandez*
Isidro Hernandez
March 10, 2008

-3-

Isidro Hernandez-T-26928
3C02-109-U
California State Prison-CORCORAN
4001 King Avenue, P.O. Box 3471
Corcoran, California 93212-3471

— LEGAL-MAIL
CONFIDENTIAL —

RECEIVED



Hasler
Mailed From: 93212
03/11/2008
$00.410
US POSTAGE

To: Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

CORCORAN STATE PRISON

* Letter 2 of three

94102$3661 C004