FILED

MAR 1 3 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Isidro Hernandez
   Petitioner

V.

Derell Adams, Warden
   Respondent

Case No. CV 07-05291 WHA (PR)

Motion To Grant Petitioner
Writ Habeas Corpus

Judge Of This Honorable Court

    I am the Petitioner and Defendant in the above action upon filing of Habeas Corpus Petition under 28 U.S.C. § 2254.

    Petitioner requests to this Court to grant his Writ of Habeas Corpus filed on September 28, 2007. Petitioner didn't know the statute of limitation excisted, and the Court should consider the reasons to offer tender for the Petitioner's delay under particular sufficient circumstances to justify his delay. Petitioner is given his reasons and facts on his delay on responding to this Court on filing his Writ of Habeas Corpus Petition.

-1-

4 Pgs.

1. The Petitioner is a Citizen of Mexico and his first speaking lenguage is Spanish.

2. The Petitioner's education is limited and it's not extended beyond the 6th grade. * (Enclosed a copy of Education Certificate).

3. The Petitioner has also a very limited understanding of the English lenguage.   * Reading 5.3, Writing 0.0.

4. The Petitioner has no Knowledge, understanding, or recognition of the legal system.

5. The Petitioner didn't have any other fellow inmates to assist or help with his appeal or preparation on his habeas corpus writ

6. The Petitioner didn't have the privilege of having a defense attorney to represent him with the legal preparation of Habeas Corpus Writ.

7. The Petitioner didn't have the resources available at this prison, where he could look-up time limits on his appeals.

8. The Petitioner doesn't have copies of his Transcripts, Jury Instructions, Police Report.

9. For safety reasons, I sent most of my records to my family several years ago. They are the process of moving two or three times, have misplaced or destroyed my records. The only records I have are copy of Appellant's Opening Brief, Respondent's Brief, Appellant's Replied Brief, Opinion Letter, and Petition for Review, "Denied".

For le limited understanding of the English lenguage and the unknown knowledge of the law system, or legal process of the United States. Petitioner didn't know how to present his appeal to the Court of the Northern District of the State of California.

1  Petitioner understand a little better the requirements
2  of the Court to Defendant disclose the reasons of petitioner in his
3  delaying to present those facts. see (Swain, supra, 34 Cal. 2d 300,
4  304, 209. P. 2d 793) In re Shipp, supra, 62, Cal. 547, 533, 43, Cal.
5  Rptr. 3, 399, P. 2d 591) In re Clark, (1993) 21 Cal. Rptr. 2d 509, 5, Cal.
6  4th 750) In re Perez (1966) 65 Cal 2d 224, 228, 53 Cal. Rptr. 414, 418
7  P. 2d 6.

8

9  The Petitioner is asking this Court to grant his Writ of
10  Habeas Corpus Petition without prejudice. As in re Perez (1966)
11  65 Cal 2d 224, 228, 53 Cal. Rptr. 414, 418, P. 2d. 6. [Three years delay]
12  between sentencing and filing of petition excuse where Petitioner
13  had not completed seventh grade, was not knowledgeable about legal
14  procedures and diligently used resources, reseach, and preparation of
15  legal document was limited. In re Swain, supra, 34, Cal. 2d 300, 304,
16  209 P. 2d 793, we find that the disclosed reasons for delaying in the
17  presentation of those facts given in his appeal, will have a final
18  judgement in overturning his judgements. As in re Shipp, supra,
19  62 Cal. 2d 547, 553, 43 Cal. Rptr. 3, 399 P. 2d. "The Petitioner has
20  given reasons on why his delay in responding on the facts of his
21  appeal." He has also given the facts upon wich he would attack his
22  final judgement in overturning his conviction.

23

24  First, and foremost AEDPA's statute of limitations doesen't
25  apply to me by my incompetency "28 U.S.C. §2254" if
26  extra ordinary circumstances beyond a prisoner's control make it
27  impossible to file a petition on time." Machain v. United states 107
28  F 3d 696, 701 (9th Ca. 1997).

-3-

1    I declare that I have read the within affidavit and swear
2   under penalty of perjury that the facts stated therein are true
3   of my own personal knowledge, except that if stated on
4   information and belief, that I believe them to be true.

5

6

7

8    March 10, 2008.                    Isidro Hernandez
9                                        Isidro Hernandez
10                                       Defendant in pro per

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

CDC 128-E (Rev. 10/98)                    **EDUCATION PROGRESS REPORT**

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | U | Vocational Title: _____ | 00 | 00 |
| Conduct | U | Academic Title: _____ ABE.C.305 | 64 | 17 |
| Cooperation | U | Adult High School Title: _____ | — | — |
| Dependability | U | General Education Development: | — | — |
| Initiative | U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

I/M passed all sections on the Pre-GED. Combining Sentences .001-.002, .005-.009; Organization .001-.005, .007; Preparing for the GED .001-.005; Organizing Ideas .001-.005; Writing GED Essay .001; Social Studies Pre-test .001; Science Pre-test .001; Lang. Arts Pretest .001; Comprehension .001-.002; Math Pre-test; Fractions .001-.007 Ratio and Proportion .001-.003; Geometry .001-.003.

| DATE INMATE ENROLLED 7/24/2007 | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| | | | |

COMMENTS SPECIFIC TO COURSE:

CASAS reading 232  CASAS math  TABE reading 5.3  TABE math 9.2

I/M comes to class, stays on task and completes assigned work. I/M is showing significant progress.  He is determined to succeed in his studies. I/M works well with the teacher and students.  He is a serious worker; he works well independtly.  He strives to be succesful, this is evident in his classwork.  Particates when lessons are being presented.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL UNITS IN COURSE | DOT CODE NUMBER | (X) | OCCUPATION JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE OF REPORT 9/26/2007 | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) MCCARTY, D. | | SUPERVISORY REVIEW INITIALS: |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MI) ISIDRO, HERNANDEZ 3C02-148L | | CDC NUMBER T-26928 | INSTITUTION CSP-CORCORAN |
|---|---|---|---|

**DISTRIBUTION:** White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

# **sep** SISTEMA EDUCATIVO NACIONAL

SECRETARIA DE EDUCACION
GUANAJUATO

DEPARTAMENTO DE INCORPORACION, CERTIFICACION Y
REVALIDACION

PRIMARIA URBANA No. 1



CON CLAVE          X-03-E-U-D-H-1          CERTIFICA QUE:

ISIDRO HERNANDEZ ZUÑIGA

ACREDITÓ LA EDUCACIÓN PRIMARIA EN EL PERIODO ESCOLAR 19 67 — 19 68

CON EL SIGUIENTE PROMEDIO DE APROVECHAMIENTO EN EL SEXTO GRADO

SISTEMA
EDUCATIVO NACIONAL
GUANAJUATO

| 7 |
|---|

LA PRESENTE **CERTIFICACIÓN** DE ESTUDIOS SE EXTIENDE EN:  GUANAJUATO, GUANAJUATO

A LOS     SIETE     DIAS DE     FEBRERO     DE MIL NOVECIENTOS NOVENTA   Y CINCO

SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE CONTROL ESCOLAR

FOLIO B0085960

SALVADOR AGUIRRE ARIZMENDI

CERTIFICACIÓN VÁLIDA EN LOS ESTADOS UNIDOS MEXICANOS, NO REQUIERE TRÁMITES ADICIONALES DE LEGALIZACIÓN.



REGISTRADO EN

LIBRO ____ VII ____

FOJA ____ 29 ____

SECRETARIA DE EDUCACION
GUANAJUATO

DEPARTAMENTO
OFICINA

EL JEFE DEL DEPARTAMENTO U OFICINA DE          AREA  DE  CERTIFICACION

HACE CONSTAR QUE EL PRESENTE DOCUMENTO AMPARA

ESTUDIOS DE EDUCACION PRIMARIA Y SEGUN CERTIFICADO FOLIO NUM. B0085960

FIRMA
NOMBRE  JOSE   ADOLFO   BONILLA   RODRIGUEZ

CERTIFICACION VALIDA EN LOS ESTADOS UNIDOS MEXICANOS,
NO REQUIERE TRAMITES ADICIONALES DE LEGALIZACION
ESTA CERTIFICACION NO ES VALIDA SI PRESENTA BORRADURAS
O ENMENDADURAS.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

Case No. CV 07 05291 WHA (PR)

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, _Isidro Hernandez_ DECLARE UNDER PENALTY OF PERJURY THAT:
I AM THE _Plantiff or Petitioner_ IN THE ABOVE ENTITLED ACTION. I HAVE
READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND
THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED
THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I
BELIEVE THEM TO BE TRUE.

EXECUTED THIS _March_ DAY OF _10_ _2008_
AT CORCORAN, CALIFORNIA.

(SIGNATURE) _Isidro Hernandez_
DECLARANT/PRISONER

Isidro Hernandez
Petitioner

V.
Derell Adams, Warden
Respondent

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I _Isidro Hernandez_ AM A RESIDENT OF
_CALIFORNIA STATE PRISON-CORCORAN_ STATE OF CALIFORNIA, I AM OVER THE AGE OF
EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED
ACTION. MY _CURRENTLY_ ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON _March 10, 2008_ IS SERVED THE FOREGOING.
_* Two copies of Education Certificates._
*_Motion to Grant Petitioner Writ Habeas Corpus; Request For Appointment of Counsel, And Supporting Declaration._
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A
SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES
MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

DEPARTMEN OF JUSTICE• Office of the Attorney General, 455 Golden Gate
Avenue, Suite 11000• San Francisco, California 94102-3664.

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED,
AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING
AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

DATE: _March 10, 2008_ _Isidro Hernandez_
(DECLARANT/PRISONER)

Isidro Hernandez-T-26928
3C02-109-U
California State Prison-CORCORAN
4001 King Avenue-P.O. Box 3471
Corcoran, California 93212-3471

- LEGAL- MAIL
CONFIDENTIAL→

RECEIVED

$00.41
03/11/2008
Mailed From 93212
US POSTAGE

Hasler

94102:3661 0004

To: Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3664



CORCORAN STATE PRISON

---

Isidro Hernandez-T-26928
3C02-109-U
California State Prison-CORCORAN
4001 King Avenue- P.O. Box 3471
Corcoran, California 93212-3471

- LEGAL- MAIL
CONFIDENTIAL→

94102:3661

RECEIVED

$00.41
03/11/2008
Mailed From 93212
US POSTAGE

Hasler

To: Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102



CORCORAN STATE PRISON