# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hernandez v. Adams, Warden**

No.:   **C 07-5291 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>April 10, 2008,</u> I served the attached **REPLY TO OPPOSITION TO MOTION TO DISMISS HABEAS CORPUS PETITION AS UNTIMELY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Isidro Hernandez
T-26928
Corcoran State Prison
P.O. Box 3471
Corcoran, CA 93212-3471

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 10, 2008, at San Francisco, California.

| D. Desuyo | /s/   D. Desuyo |
|---|---|
| Declarant | Signature |

40239686.wpd