```
                                            FILED
 1  Isidro Hernandez- CDC NO.: T26928        08 MAY -7 PM 12:58
 2  3C02-109-U
 3  California State Prison- CORCORAN
 4  4001 King Avenue. • P.O. Box 3471
 5  Corcoran, CA 93212-3471
 6       In Propia Persona
 7
 8            UNITE STATES DISTRICT COURT
 9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  Isidro Hernandez              Case NO.: C 07-5291 WHA (PR)
12       Petitioner                Date : May 5, 2008
13          VS                                Motion Requesting
14  Derell Adams, Warden                      Volunteerly a
15       Respondent                           Withdraw of Petition
16
17  To: Office of the Clerk
18  United States District Court
19  Northern District of California
20  San Francisco Division
21
22  Take notice that on the date of May 5, 2008 the Petitioner
23  Isidro Hernandez, volunteerly has filed a Motion Requesting
24  volunteerly a withdraw of Petition.
25
26  I am writing in regards of my case wich was filed on the
27  date of September 28, 2007. I wish to respectfully ask the
28  Court Permission to allow me to withdraw my Petition,
```

for reasons that I wish to ask the Ninth Circuit Permission to let me file a second or successive Petition for the reasons that I like to introduce, also new arguments, and new evidence. Granting me the opportunity to exhaust more remedies in support of my Petition.

However, if judgement has been enter by the Magistrate, and this writ has been denied. I thank you for your time and efforts.

Respectfully Submitted
Isidro Hernandez
Isidro Hernandez - CDCNO.: T-26928
May 5, 2008

Case NO.: C 07-5291-WHA (PR)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

Case No.: C 07-05291 WHA (PR)

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, **Isidro Hernandez** DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE **Petitioner** IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **May** DAY OF **5,** **2008**
AT CORCORAN, CALIFORNIA.

(SIGNATURE) *Isidro Hernandez*
(DECLARANT/PRISONER)

**Isidro Hernandez**
Petitioner
VS.
**Darell Adams, Warden**
Respondent

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I **Isidro Hernandez** AM A RESIDENT OF **California State Prison-CORCORAN** STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / **I AM** A PARTY OF THE ABOVE INTITLED ACTION. MY **CURRENTLY** ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON **May 5,** **2008** IS SERVED THE FOREGOING.
**Motion Requesting Volunteerly a Withdraw of Petition.**
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

**DEPARTMENT OF JUSTICE• Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000 • San Francisco, California 94102-7004.**

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **May 5,** **2008**

*Isidro Hernandez*
(DECLARANT/PRISONER)

