**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>DERELL ADAMS, Warden,<br><br>Respondent. | No. C 07-5291 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a habeas case brought pro se by a state prisoner. Petitioner has filed a notice of voluntary dismissal in which he says he wants to apply to the Ninth Circuit for permission to file a second or successive petition (document number 10 on the docket). Because a responsive pleading has been filed, the notice is treated as a motion to voluntarily dismiss and is **GRANTED**. *See* Fed. R.Civ.P. 41(a)(2). The petition is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June   3  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\HERNANDEZ,ISIDRO5291.VOL-DIS.wpd