IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIDRO HERNANDEZ,              No. C 07-5291 WHA (PR)

    Petitioner,                 **ORDER OF DISMISSAL**

  v.

DERELL ADAMS, Warden,

    Respondent.
                                    /

      This is a habeas case brought pro se by a state prisoner.  Petitioner has filed a notice of voluntary dismissal in which he says he wants to apply to the Ninth Circuit for permission to file a second or successive petition (document number 10 on the docket).  Because a responsive pleading has been filed, the notice is treated as a motion to voluntarily dismiss and is **GRANTED**.  *See* Fed. R.Civ.P. 41(a)(2).  The petition is **DISMISSED**.  The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: June   3  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\HERNANDEZ,ISIDRO5291.VOL-DIS.wpd